IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                  4:20-CR-00194-01-JM

ADRON WOODS

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 62) is DENIED.

Applying retroactive Guidelines Amendment 821 does not change Defendant's criminal history score. He remains a criminal history category VI based on his status as an Armed Career Criminal. Additionally, he was sentenced to the statutory minimum of 180 months.

IT IS SO ORDERED this 15th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE